William F. Hanssen, Plaintiff-Appellee, v. Irene Hanssen, Defendant-Appellant.

Gen. No. 48,072.

First District, Second Division.

November 22, 1960.

James P. Chapman and Robert M. Ahern, of Chicago (James P. Chapman, Robert M. Ahern, and Nash, Ahern & McNally, of counsel) for appellant; Westbrooks, Holman & E. F. Johnson, of Chicago (Claude W. B. Holman, of counsel) for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.